Certificate Number: 05781-MN-DE-041677519

Bankruptcy Case Number: 26-50777

05781-MN-DE-041677519

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 14, 2026, at 2:27 o'clock PM PST, Rebecca Zweig completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Minnesota.

Date: November 14, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President